1 | Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
2 | PO Box 454
Petaluma, CA 94953-0454
3 | Telephone: (707) 763-8000
Facsimile: (707) 763-8010
4
Attorney for Plaintiffs
5 | HEATH THOMPSON and MARANDA THOMPSON

6

7
UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | HEATH THOMPSON and MARANDA        Case No.: C 08 – 02274 JL

11 | THOMPSON,                         **PLAINTIFFS' EX-PARTE APPLICATION AND SUPPORTING DECLARATION OF MICHAEL S. BIGGS TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

12 | Plaintiff(s),

13 | v.

14 | ROBERT OANDASON, OANDASON

15 | REALTY AND MICHAEL FLOREZ,

16 | Defendant(s).                     Date: Ex-Parte
                                       Time: Ex-Parte
17                                     Judge: LARSON

18

19 | I, Michael S. Biggs, declare as follows:

20 | 1.   I am an attorney duly licensed to practice law in all courts of the State of California and

21 | before the United States District Court for the Northern District of California and I am the

22 | attorney of record for plaintiffs HEATH THOMPSON and MARANDA THOMPSON.

23 | 2.   Plaintiff hereby moves the Court to grant an Ex Parte Motion to modify order setting

24 | initial case management conference and ADR deadlines.

25

26 | ///

27

28

---

Thompson v. Oandason et al                    1                    Case No.: C 08 -02274 JL
*Plaintiffs' Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines

3. Defendants ROBERT OANDASON and MICHAEL FLOREZ have not filed answers or responsive pleadings in this matter.

4. On July 2, 2008 I was contacted by attorney Myles Dresslove on behalf of OANDASON and asked to provide a settlement proposal for claims against OANDASON.

5. Per Dressloves's request I agreed not to default OANDASON through July 31, 2008 pending settlement negotiation.

6. I advised attorney Dresslove that an extension on answer or responsive pleadings requires a signed stipulation filed with the Court and that he must cooperate in that regard.

7. On June 30, 2008 I was contacted by attorney Obninsky on behalf of FLOREZ and asked to provide an extension for FLOREZ to answer or file responsive pleadings in this matter.

8. Mr. Obninsky stated he did not practice litigation of the sort contemplated in this case and that FLOREZ was looking for an attorney who would represent him.

9. On the facts in this case as is current it would be judicially non-economical to default and seek default judgment on either defendant who once having hired counsel could motion to set aside.

10. If defendants do not hire counsel and or answer by August 15th 2008 plaintiff would move to enter default and default judgment.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was on the 14th day of July, 2008, executed in Petaluma, California.**

Respectfully Submitted,     /S/ Michael S. Biggs
                            Michael S. Biggs, Attorney for Plaintiffs
                            HEATH THOMPSON and
                            MARANDA THOMPSON

**ORDER**

The SCHEDULING ORDER as to SETTING INITIAL CASE MANANGEMENT CONFERENCE AND ADR DEADLINES shall be revised to put over meet and confer and initial disclosure requirements until after September ____, 2008. Initial Case Management Conference to be held October ____, 2008.

IT IS SO ORDERED.

Dated: July ___, 2008

_____
Judge of the United States District Court
Northern District of California

---

Thompson v. Oandason et al
*Plaintiffs' Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines

3

*Case No.:  C 08 -02274 JL*