AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __ROBERT OANDASON__,
by:

    (1) personally delivering a copy of each to the individual at this place, __4530 BRIGHTON DRIVE SANTA ROSA, CA. 95403__; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ __840.50__ for services, for a total of $ __840.50__ .

Date: __July 11, 2008__

_____
Server's signature

__JOAN L. GAVELLO, PRIVATE INVESTIGATOR__
Printed name and title

__111 SANTA ROSA AVENUE, 405C__
__SANTA ROSA, CA 95404__
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __MICHAEL FLOREZ__, by:

(1) personally delivering a copy of each to the individual at this place, __70 STONY POINT ROAD SANTA ROSA CA. 95401__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ __769.00__ for services, for a total of $ __769.00__ .

Date: __July 11, 2008__

_____
Server's signature

__JOHN L. GAVELLO, PRIVATE INVESTIGATOR__
Printed name and title

__111 SANTA ROSA AVENUE, #405C__
__SANTA ROSA CA 95404__
Server's address