Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiff's
Heath Thompson, Miranda Thompson

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HEATH THOMPSON, | **Case No.:   C 08 – 02274 JL** |
|  | **PLAINTIFF'S  EX-PARTE APPLICATION AND SUPPORTING DECLARATION OF MICHAEL S. BIGGS TO  MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| Plaintiffs, |  |
| v. |  |
| ROBERT OANDASON, |  |
| Defendants. |  |
|  | Date:  Ex-Parte<br>Time: Ex-Parte<br>Judge:  LARSON |

_____/

I, Michael S. Biggs, declare as follows:

1.      I am an attorney duly licensed to practice law in all courts of the State of California and before the United States District Court for the Northern District of California and I am the attorney of record for plaintiffs HEATH THOMPSON and MIRANDA THOMPSON.

2.     Plaintiff hereby moves the Court to grant an Ex Parte Motion to to modify

Thompson v. Oandason et al
*Plaintiff's Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines

1

*Case No.:  C 08 -02274 JL*

order setting initial case management conference and ADR deadlines.

3.     Defendant Robert Oandason has filed an answer on September 30, 2008 and again on October 3, 2008, in this matter.

4.      Defendant Michael Flores has failed to file an answer.

5.      Previously the Court was requested to modify the scheduling order as Defendant Oandason

had expressed through attorney Myles Dresslove tthat he was interested in settlement talks prior to incurring expense on answer.

6.     Subsequently Oandason retained attorney Tadd Aiona who asked for an accounting estimate on Plaintiffs alleged damages.

7.     On August 12, 2008 Plaintiff executed a retainer with Robbye L. Mohn CPA CFE with the San Francisco firm "RGL Forensic Accountants & Consultants, the purpose of which to fix damages and also serve as Plaintiffs Rule 26 expert.

8.     As of the first week of October Ms. Mohn is working toward completion on her estimate.

9.     In the meantime Mr. Aiona attorney for Oandason has been in contact with me several times August through September where counsel and I in good faith have attempted to drive a settlement forward using general damage figures as we have waited for Ms. Mohn to complete her project.

10.    As Mr. Flores has defaulted Plaintiff will file to enter Flores default.

11.    In light of these circumstances involving Plaintiff and Defendant Oandason's good faith settlement attempts the Court is respectfully requested to once again modify the scheduling order in light of impending CMC and just recently filed answer by Oandason.

Thompson v. Oandason et al
*Plaintiff's Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines

2

*Case No.: C 08 -02274 JL*

12.    Plaintiffs will not be prejudiced by such an extension and Plaintiffs damages will take shape once the expert Ms. Mohn's report is complete.

13.    It is not anticipated Defendant will object to this Ex-Parte request as counsel has had recent telephone meet and confer and Mr. Aiona expressed that his client would not be prejudiced and is eager to go forward with the Courts ADR program of which Plaintiff is in agreement.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was on the 7th day of October, 2008, executed in Petaluma, California.**

Dated: October 7, 2008

Respectfully Submitted


                                        /S/ Michael S. Biggs
                                        Michael S. Biggs
                                        Attorney for Plaintiff's
                                        HEATH THOMPSON
                                        MIRANDA THOMPSON

_____

## ORDER

The SCHEDULING ORDER as to SETTING INITIAL CASE MANANGEMENT CONFERENCE AND ADR DEADLINES shall be revised to put over meet and confer and initial disclosure requirements until after ~~xxxxxxxxxxxxx~~ 2008. Initial Case Management Conference to be held October ____29,_____ 2008  at 10:30 a.m.

IT IS SO ORDERED.

Thompson v. Oandason et al                                    3                        Case No.:  C 08 -02274 JL
*Plaintiff's Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines

1

2  Dated: October _7_ 2008

_____
Judge of the United States District Court
Northern District of California

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thompson v. Oandason et al                          4                    Case No.:  C 08 -02274 JL
*Plaintiff's Ex Parte* Application to Modify Initial
Case Management Conference and ADR
Deadlines