Michael S. Biggs (SBN. 237640)
BIGGS LAW PC
PO Box 454
Petaluma, CA 94953-0454
Telephone: (707) 763-8000
Facsimile: (707) 763-8010

Attorney for Plaintiffs
Heath Thompson, Miranda Thompson

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH THOMPSON, et al<br><br>Plaintiff<br><br>  v.<br><br>ROBERT OANDASON, et al<br><br>_____/ | **Case No.:**   C 08 – 02274 JL<br><br>**STIPULATION TO RESET MEDIATION**<br><br>Date:<br>Time:<br>Judge:  Hon. LARSON |

**IT IS HEREBY STIPULATED,** by and through the parties respective attorneys, MICHAEL S. BIGGS, and TAD AIONA, that the following shall be made the order of the court. Mediation originally scheduled for January 20, 2009, 10:30 a.m. at the offices of Pillsbury Winthrop Shaw Pittman LLP 50 Fremont Street Sixth Floor San Francisco, California has been changed to take place February 24, 2009 10:30 a.m. at the same location.

Dated: January 27, 2009

Respectfully Submitted

/S/ Michael S. Biggs
Michael S. Biggs
Attorney for Plaintiff
Heath Thompson, et al

/S/ Tadd C. Aiona
Attorney for Defendant
Robert Oandason, et al

---

**ORDER**

The SCHEDULING ORDER as to the MEDIATION AND ADR DEADLINES shall be revised to set MEDIATION on February 26, 2009.

IT IS SO ORDERED.

Dated: January 29 2009

Hon. James Larson
Judge of the United States District Court
Northern District of California